

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Wilson Pierre | Case No.: _____17-27370_____<br><br>Chapter: _____13_____<br><br>Judge: _____GAMBARDELLA_____ |

**ORDER RESPECTING**
**AMENDMENT TO SCHEDULE D, E/F, F, G, H**
**OR LIST OF CREDITORS**

The relief set forth on the following page is **ORDERED**.

Date: 9/25/2017  /S/  ROSEMARY  GAMBARDELLA
Judge, United States Bankruptcy Court

The Court having noted that the debtor filed an Amendment to Schedule ___D,E/F___ or to the List of Creditors on ___9/22/2017___, and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(s) being deleted or modified and to the trustee in the case, if any, not later than 14 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 14 days after the date of this Order, the following:

1. A copy of the applicable *Notice of Chapter* ___13___ *Bankruptcy Case,* and

2. In a Chapter 11 case:
   a) a copy of the last modified plan and disclosure statement, if any, and
   b) a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

3. In a Chapter 12 or Chapter 13 case:
   a) a copy of the *Notice of Hearing on Confirmation of Plan*, if any, and
   b) a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 14 days after the date of this Order, the debtor(s) shall file the Local Form, *Certification of Service*, certifying compliance with the above requirements.

*rev.11/17/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Wilson Pierre  
       Debtor

Case No. 17-27370-RG  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 1 | Date Rcvd: Sep 25, 2017 |
|---|---|---|---|
| | Form ID: pdf903 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2017.
db        +Wilson Pierre,    638 Springdale Ave,    East Orange, NJ 07017-1615

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2017 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Evelyn D. Latse    on behalf of Debtor Wilson  Pierre edlatse@yahoo.com
      Marie-Ann  Greenberg     magecf@magtrustee.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                TOTAL: 4