Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 17−27370−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Wilson Pierre
638 Springdale Ave
East Orange, NJ 07017

Social Security No.:
xxx−xx−4408

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/21/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 21, 2018
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Wilson Pierre
Debtor

Case No. 17-27370-RG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 1 Date Rcvd: May 21, 2018
Form ID: 148 Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2018.

db +Wilson Pierre, 638 Springdale Ave, East Orange, NJ 07017-1615
517162723 +Bank of America N.A., P O Box 982284, El Paso, TX 79998-2284
517058679 +Cenlar Central Loan Administration & Rep, c/o Pluese, Becker & Saltzman, LLC, 20000 Horizon Way # 900, Mount Laurel, NJ 08054-4318
517058680 +Essex County Sheriff, 50 West Market Street, Newark, NJ 07102-1692
517266300 +Lakeview Loan Servicing, LLC, c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

smg E-mail/Text: usanj.njbankr@usdoj.gov May 21 2018 23:58:08 U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534
smg +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 21 2018 23:58:04 United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235
517033382 +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 21 2018 23:58:26 Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coal Gables, Florida 33146-1837
517058681 EDI: IRS.COM May 22 2018 03:33:00 Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346
517058682 +E-mail/Text: bankruptcy@pseg.com May 21 2018 23:57:26 PSE&G Attn: Bankruptcy Dept, PO Box 490, Cranford, NJ 07016-0490
517433327 EDI: BL-TOYOTA.COM May 22 2018 03:33:00 Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701
517133647 +EDI: WFFC.COM May 22 2018 03:33:00 Wells Fargo Bank, N.A., Attention Payment Processing, MAC# X2302-04C, 1 Home Campus, Des Moines, Iowa 50328-0001
517058686 +EDI: WFFC.COM May 22 2018 03:33:00 Wells Fargo Home Mortgage, P.O. Box 14411, Des Moines, IA 50306-3411

TOTAL: 8

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

517058683 Rent Parking
517058684 Tenant 1
517058685 Tenant 2

TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2018 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2018 at the address(es) listed below:

Charles G. Wohlrab on behalf of Creditor WELLS FARGO BANK, N.A. cwohlrab@logs.com, njbankruptcynotifications@logs.com
Denise E. Carlon on behalf of Creditor LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
Evelyn D. Latse on behalf of Debtor Wilson Pierre edlatse@yahoo.com
Marie-Ann Greenberg magecf@magtrustee.com
U.S. Trustee USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5